# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Paula Perez Guzman, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:19-cv-00158-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| L. Francis Cissna et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2019 Order.

August 5, 2019

Frank G. Johns, Clerk
United States District Court